UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**ALEXIS R. CESPEDES**　　　　　　　　　　**CASE NO.: 21-CV-81196-AMC**

　　　　**Plaintiff,**

vs.

**TD Bank, N.A.,**
**EXPERIAN INFORMATION SOLUTIONS, INC.,**
**And EQUIFAX INFORMATION SERVICES, LLC**

　　　　**Defendant.**
_____/

**JOINT NOTICE OF SETTLEMENT**
**[PLAINTIFF ALEXIS R. CESPEDES and**
**DEFENDANT, EQUIFAX INFORMATION SERVICES, INC.]**

　　Plaintiff, ALEXIS R. CESPEDES, and Defendant, EQUIFAX INFORMATION SERVICES, LLC., hereby notifies this Court that a settlement has been reached between the parties pending final execution of settlement documents and releases.

| | |
|---|---|
| */s Robert C. Gindel, Jr.* | */s Jason D. Joffe* |
| Robert C. Gindel, Jr. | Jason D. Joffe |
| Email: | Email: jason.joffe@squirepb.com |
| robertgindel@robertgindel.com | Florida Bar No.: 13564 |
| Florida Bar No.: 470740 | Squire Patton Boggs, LLP |
| 𝕽𝖔𝖇𝖊𝖗𝖙 𝕮. 𝕲𝖎𝖓𝖉𝖊𝖑, 𝕵𝖗., 𝕻.𝕬. | 200 S. Biscayne Blvd |
| 1500 Gateway Boulevard, | Suite 4700 |
| Suite 220 | Miami, FL 33131 |
| Boynton Beach, FL 33426 | Telephone: (305) 577-7000 |
| Telephone: (561) 649-2344 | Facsimile: (305) 577-7001 |
| Facsimile: (561) 965-8550 | Attorney for Defendant |
| Attorney for Plaintiff | Equifax Information Services, LLC. |

1

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 7th day of September, 2021, a true and correct copy of the foregoing was served by Electronic Mail ("e-mail") to the following:

Kassia Fialkoff, Esq.
Duane Morris, LLP
Email: kfialkoff@duanemorris.com

Ashley Chalmers, Esq.
Equifax, Inc.
Email: Ashley.chalmers@equifax.com

Monique Nicole Eloi, Esq.
Jones Day
Email: meloi@jonesday.com

                                                    Robert C. Gindel Jr., P.A.
                                                    1500 Gateway Boulevard
                                                    Suite 220
                                                    Boynton Beach, FL 33426
                                                    Telephone: (561) 649-2344
                                                    Facsimile: (561) 965-8550
                                                    Eservice: robertgindel@robertgindel.com

         BY:   /s/Robert C. Gindel, Jr., Esquire_____
                           Robert C. Gindel Jr., Esquire
                           Florida Bar No.: 470740